# UNITED STATES DISTRICT COURT

for the

Souther District of Florida

MDPO LLC

*Plaintiff(s)*

v.

Extremity Medical, LLC

*Defendant(s)*

Civil Action No. 1:26-cv-27482-CMA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Extremity Medical, LLC
300 Interpace Parkway, Building A, 2nd Floor
Parsippany, NJ 07054.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Peter Matos
Jonathan Woodard
Victor Bruzos
2800 SW 3rd Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Oct 23, 2026

Angela E. Noble
Clerk of Court

SUMMONS

s/ V. BRAHIMI

Deputy Clerk
U.S. District Courts